UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CLOROX COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>ODYSSEY MANUFACTURING CO.,<br><br>        Defendant. | Case No. 24-mc-80096-DMR<br><br>**ORDER TRANSFERRING MOTION TO QUASH TO THE MIDDLE DISTRICT OF FLORIDA** |

    The Clorox Company ("Clorox") filed a motion to quash a subpoena issued by Odyssey Manufacturing Co. ("Odyssey") in connection with litigation pending in the United States District Court for the Middle District of Florida, *Odyssey Manufacturing Co. v. Olin Corporation*, No. 8:23-cv-00940. [Docket No. 1.] The court denied the motion without prejudice and ordered the parties to meet and confer and file a joint letter if disputes remained after meeting and conferring. [Docket No. 4.] The parties filed a joint discovery letter on May 21, 2024 in which Odyssey "suggest[ed] that the Middle District of Florida court . . . is better positioned to address Clorox's relevancy arguments." [Docket No. 11.]

    Federal Rule of Civil Procedure 45(f) provides that "[w]hen the court where compliance is required did not issue the subpoena, it may transfer a motion under this rule to the issuing court if the person subject to the subpoena consents[.]" Fed. R. Civ. P. 45(f). Accordingly, the court ordered the parties to file a joint letter by May 30, 2024 stating whether they consent to transferring Clorox's motion to quash to the Middle District of Florida pursuant to Rule 45(f). [Docket No. 12.] The parties timely filed a letter stating their agreement and Clorox's consent to transfer the discovery dispute to the Middle District of Florida where the *Olin* litigation is pending. [Docket No. 13.]

The request of the parties is granted. Clorox's motion to quash Odyssey's subpoena is hereby transferred to the United States District Court for the Middle District of Florida pursuant to Federal Rule of Civil Procedure 45(f). To accomplish this transfer, Clorox and Odyssey are ordered to file their May 21, 2024 joint discovery letter in the existing underlying case in the United States District Court for the Middle District of Florida. The clerk is hereby ordered to close this case.

**IT IS SO ORDERED.**

Dated: May 31, 2024



Donna M. Ryu
Chief Magistrate Judge

2