IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:24-MC-00011-TPB-CPT

THE CLOROX COMPANY,

    Petitioner,

vs.

ODYSSEY MANUFACTURING CO.,

    Respondent.

**PETITIONER'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE AN AMENDED MOTION TO QUASH**

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and Local Rule 3.01 of the Rules of the U.S. District Court for the Middle District of Florida, Petitioner The Clorox Company ("Clorox") moves the Court for an extension of time to file an Amended Motion to Quash on the following grounds:

1. On April 26, 2024, Clorox filed its Notice of Motion and Motion to Quash Subpoena of the Clorox Company ("Motion to Quash") in the Northern District of California, San Fransisco Division. [Dkt. #1].

2. On May 6, 2024, Chief Magistrate Judge Donna M. Ryu ordered the transfer of Clorox's Motion to Quash to the Middle District of Florida. [Dkt. #12].

3. On June 3, 2024, Clorox's Motion to Quash was transferred to Judge James S. Moody, Jr. and Magistrate Judge Thomas G. Wilson of the Middle District of Florida. [Dkt. #15].

1

4. After a series of transfers and reassignments, Clorox's Motion to Quash came to be assigned to Judge Thomas P. Barber and Magistrate Judge Christopher P. Tuite. [Dkt. #20, 21, 23, & 24].

5. On August 13, 2024, Magistrate Judge Tuite ordered the Parties to meet and confer in a good faith effort to resolve their dispute and required Clorox to file an Amended Motion to Quash no later than August 27, 2024 ("Order"). [Dkt. #25].

6. The Parties are working diligently and cooperatively to resolve their dispute. To that end, the Parties met and conferred via Microsoft Teams on August 15 and August 27, 2024.

7. The meetings were productive, and the Parties were able to reach agreement on most aspects of their dispute.

8. One issue remains outstanding, but Clorox believes that, with additional time to meet and confer, the parties may also resolve this issue. If the Parties are able to resolve this final issue, Clorox would not need to file an Amended Motion to Quash.

9. Clorox respectfully requests a brief extension of seventeen (17) days to file an Amended Motion to Quash on September 13, 2024.

10. In keeping with the Court's Order, Clorox respectfully requests that Respondent's Response deadline be extended to September 27, 2024.

11. Clorox does not seek this extension for delay or any other improper purpose.

12. Good cause exists to grant this Unopposed Motion. The parties are working diligently to comply with the Court's Order and have made significant progress in resolving this matter. Clorox represents that complete resolution may be possible through additional meet and confers.

13. Counsel for Respondent was consulted prior to filing this Unopposed Motion and consents to the extension.

WHEREFORE, Clorox respectfully requests the Court grant this Unopposed Motion and enter an order extending the deadline for Clorox to file an Amended Motion to Quash until September 13, 2024, and extending the deadline for Respondent's Response to September 27, 2024.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned counsel hereby certifies that on August 27, 2024, she conferred with counsel for Respondent regarding Clorox's relief requested herein and Respondent's counsel consented to Clorox's request.

4

Dated: August 27, 2024

Respectfully submitted,

By: /s/ Justin Lovdahl

Justin M. Lovdahl (FL 1008836)
Benesch, Friedlander, Coplan & Aronoff LLP
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone:   216.363.4500
Facsimile:   216.363.4588
Email:   jlovdahl@beneschlaw.com

Lauren C. Tortorella
(*pro hac vice* forthcoming)
Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone:  312.212.4949
Facsimile:  312.767.9192
Email:   ltortorella@beneschlaw.com

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that on August 27, 2024, she electronically filed the foregoing *Petitioner's Unopposed Motion for an Extension of Time to file an Amended Motion to Quash* with the Clerk of the Court using the ECF system, which will send notice to all counsel of record.

*/s/ Justin Lovdahl*
Justin Lovdahl
